**Arthur H. FLEMING, Plaintiff in Error, v. David BURNET, Commissioner of Internal Revenue, Defendant in Error.**

**Marjorie Fleming LLOYD–SMITH, Plaintiff in Error, v. David BURNET, Commissioner of Internal Revenue, Defendant in Error.**

No. 5353.

Circuit Court of Appeals, Ninth Circuit.

May 18, 1931.

Charles C. Parlin, of New York City, and Claude I. Parker and Ralph W. Smith, both of Los Angeles, Cal., for plaintiffs in error.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for defendant in error.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered orders of redetermination of Board of Tax Appeals in above cause corrected to show that the unpaid portion of the correct tax liability of the plaintiffs in error

for the calendar years 1917 to 1920, inclusive, is as follows:

| | A. H. Fleming | J. F. Lloyd-Smith |
|---|---|---|
| 1917 | $1,039.53 | $15,327.26 |
| 1918 | 3,040.93 | 28,894.08 |
| 1919 | 5,425.70 | 18,659.27 |
| 1920 | 3,180.70 | 19,562.62 |

—that judgment accordingly be entered in this court; mandate of this court to issue forthwith.